AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

US Bank National Association

                Plaintiff,

v.

SFR Investments Pool 1, LLC et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01500-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Cross Claimant, SFR Investments Pool 1, LLC, and against Cross Defendant, Peter Nguyen.

| | |
|---|---|
| 5/7/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |